

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00272-CR

Gabriel Barrera **ZAMARRIPA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5319
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: June 1, 2016

DISMISSED

On May 11, 2016, this court issued an order stating this appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification that shows appellant has the right of appeal was made part of the appellate record within thirty days of the order. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 175-76 (Tex. App.—San Antonio 2003, order). Appellant's counsel filed a response in which he states that he has reviewed the clerk's record and "can find no right of appeal" for appellant; counsel concedes that we may dismiss the appeal for that reason. In light of the record presented, Rule 25.2(d) requires this court to dismiss

this appeal. Tex. R. App. P. 25.2(d). The record does not contain a certification that shows the defendant has the right of appeal; to the contrary, the trial court certification in the record states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the clerk's record supports the trial court's certification that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

PER CURIAM

Do not publish